# EXHIBIT 3

# Case Information

## CORENE TIPPEN VS. N.A. CITBANK,NEWREZ, LLC
CV20382

 Refresh   14 left   File Into

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Freestone County - District Clerk | Civil – Real Property | Other Property | 12/17/2020 |

## Parties [3]

| Type | Name | Attorneys |
|---|---|---|
| Petitioner | CORENE TIPPEN ▼ | JOHN MALONE ▼ |
| Defendant | N.A. CITBANK ▼ | |
| Defendant | LLC NEWREZ ▼ | |

## Events [2]

Oldest | Search events

+ All   − All

### Petition
Plaintiff's Request for Declaroator Judgment and Application for Temporary Injunction

File Date
12/17/2020

Document is hidden ⛔ ❓

### Answer/Response
CitiBank and Shellpoint's Answer

File Date
1/28/2021

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Tippen-answer.pdf | CitiBank and Shellpoint's Answer | Does not contain sensitive data | 3 | $0.30 | 🛒 Add |

© 2021 Tyler Technologies, Inc. | All Rights Reserved
Version: 2020.12.0.3128



Help